IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    vs.                                       Case No.: 97CR076-07 (DRD)

**EDWIN FLORES-ENCARNACION,**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION REQUESTING MODIFICATION OF CONDITIONS**

TO THE HONORABLE DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      **COMES NOW, MIRIAM FIGUEROA, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, Edwin Flores-Encarnacion, who on April 12, 1999, was sentenced to one hundred and twenty-one (121) months of imprisonment, in the District of Puerto Rico after pleading guilty of violating Title 21, U.S. Code, Section 846, to be followed by a five (5) year supervised release term. A special monetary assessment in the amount of $100.00 was imposed. On January 27, 2006, Mr. Flores reported to the U.S. Probation Office Western District of Wisconsin after his release.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      On January 30, 2006, a letter was received from U.S. Probation Officer Michael D. Harper, Western District of Wisconsin, requesting that offender's supervised release conditions be modified to include to abstain from alcohol and illegal drug use and participate in substance abuse treatment; the adding of a search condition; and agreeing to have no contact with former wife, Marisol Aguayo.

On January 26, 2006, the offender agreed with the modification of her conditions and signed the attached Waiver of Hearing to Modify Conditions of Supervised Release.

**WHEREFORE**, in lieu of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Mr. Flores' conditions of supervision to include the aforementioned conditions.

In San Juan, Puerto Rico, this 3rd day of March 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/Miriam Figueroa
U.S. Probation Officer
Federal Office Building, Office 143
San Juan, PR 00918
787-281-4980
787-766-5945
miriam_figueroa@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 3, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to AUSA Jacabed Rodríguez-Coss and Salvador Peréz-Mayol, Esq.

At San Juan, Puerto Rico, March 3, 2006.

                                                s/Miriam Figueroa  
                                              U.S. Probation Officer  
                                              Federal Office Building  
                                              Office 143  
                                              150 Carlos Chardón Ave.  
                                              San Juan, PR 00918-1741  
                                              787-281-4980  
                                              787-766-5596  
                                              miriamfigueroa@prp.uscourts.gov

MF/