IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** * | |
| * | |
| vs.   * | Criminal No. 97-076-07(DRD) |
| * | |
| **EDWIN FLORES-ENCARNACION**,   * | |
| * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**\*\*\*\*\*ORDER\*\*\*\*\***

Upon petition of the U.S. Probation Officer and as agreed to by the offender, the supervised release conditions imposed on April 12, 1999, are modified as follows:

**"You are to abstain from all alcohol use and from illegal drug use and from association with drug users and sellers. You are to participate in a program of testing to detect illegal drug or alcohol use and participate in residential or outpatient treatment for drug and alcohol abuse, as instructed by the supervising probation officer".**

**"You are to submit your person, residence, office, or vehicle to a search, conducted by supervising probation officer at a reasonable time and in a reasonable manner when the probation office has reasonable suspicion of contraband or of the violation of a condition of release; failure to submit to a search may be grounds for revocation; defendant shall warn any other residents that the premises you are occupying may be subject to searches pursuant to this condition."**

**"You are to have no personal, written, or telephone contact with Marisol Aguayo unless approved by the supervising probation officer."**

IT IS SO ORDERED

In San Juan, Puerto Rico, this _____ day of March 2006.

_____Daniel R. Dominguez
U.S. District Judge