IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | * | |
| | * | |
| vs. | * | Criminal No. 97-076-07(DRD) |
| | * | |
| **EDWIN FLORES-ENCARNACION**, | * | |
| | * | |

**************************************

# ORDER

Upon petition of the U.S. Probation Officer, Miriam Figueroa, and as agreed to by the offender and having the defendant signed the Waiver of Hearing to Modify Conditions of Supervised Release on January 26, 2006, the supervised release conditions imposed on April 12, 1999, are modified as follows:

> **"You are to abstain from all alcohol use and from illegal drug use and from association with drug users and sellers. You are to participate in a program of testing to detect illegal drug or alcohol use and participate in residential or outpatient treatment for drug and alcohol abuse, as instructed by the supervising probation officer".**

> **"You are to submit your person, residence, office, or vehicle to a search, conducted by supervising probation officer at a reasonable time and in a reasonable manner when the probation office has reasonable suspicion of contraband or of the violation of a condition of release; failure to submit to a search may be grounds for revocation; defendant shall warn any other residents that the premises you are occupying may be subject to searches pursuant to this condition."**

> **"You are to have no personal, written, or telephone contact with Marisol Aguayo unless approved by the supervising probation officer."**

IT IS SO ORDERED

In San Juan, Puerto Rico, this 16th day of March 2006.

s/ Daniel R. Domínguez
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE